UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Avianca Holdings S.A.,

        Debtor,

Blake W Kim Rollover IRA, et al.,

        Appellants,

–v–

Avianca Holdings S.A.,

        Appellee.

21-cv-10004 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This bankruptcy appeal has been assigned to me for all purposes. Pursuant to Federal Rule of Bankruptcy Proceeding 8018, the Appellants must file their opening brief within thirty days after docketing of notice that the record has been transmitted; the Appellee must file their opposition brief within thirty days of service of the opening brief, and the Appellants may file a reply brief within fourteen days of service of the opposition brief.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                      ALISON J. NATHAN
                                   United States District Judge