```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/31/22___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Avianca Holdings S.A.

21-cv-10004 (AJN)

21-cv-10118 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court on January 31, 2022, received a voicemail from Appellee requesting

clarification as to the deadline for Appellee's brief.  In accordance with the Court's Individual

Rules, all communications with the Court shall be by letter filed on ECF.  Individual Practices in

Civil Cases 1.A.  Appellee shall make any request by letter filed on the public docket.

        SO ORDERED.

Dated:  January 31, 2022
        New York, New York

_____
        ALISON J. NATHAN
    United States District Judge